# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**PATRICIA TATE**                                                                                    **PLAINTIFF**

**V.**                                   **NO. 3:10CV00162 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Patricia Tate's appeal is denied, and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 12th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE